# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 231 WAL 2019

                Respondent           :

                                      :   Petition for Allowance of Appeal
                                      :   from the Order of the Superior Court

                v.                     :

SHAWN KEVIN BRES,            :

                Petitioner           :

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of January, 2020, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

> Did the Superior Court err in ruling that the Honorable Donna Jo McDaniel correctly treated the Petitioner's Amended Post-Conviction Relief Act Petition and/or Petition for Writ of Habeas Corpus, which challenged the constitutionality of Subchapter I of the Pennsylvania Sex Offender Registration and Notification Act (which was recently enacted into law on February 21, 2018), as an untimely petition filed pursuant to the Post-Conviction Relief Act?